UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ORLANDO AARON RIUS and
MARTHA A. RIUS

    Debtor(s).
_____/

Case No. 09-30995-BKC-LMI
Chapter 7



NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The trustee has a balance of $4.23 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 9/6/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 09-30995-BKC-LMI
Chapter 7

ORLANDO AARON RIUS and
MARTHA A. RIUS

        Debtor(s).
_____/

**Attachment**

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 3 | Kendall Regional Medical Center<br>c/o B-Line, LLC<br>MS 550, PO Box 91121<br>Seattle, WA 98111 | $100.00 | $4.23 |